UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 7:08-CV-159-KKC

EMMITT HERRERA                                                                                       PETITIONER

VS:                                                    **JUDGMENT**

HECTOR A. RIOS, *Warden*                                                              RESPONDENT

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1)   Emmitt Herrera, who is incarcerated in the United States Penitentiary-Big Sandy which is located in Inez, Kentucky ("USP-Big Sandy"), has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241.

(2)   The named respondent is Hector A. Rios, the warden of USP-Big Sandy.

(3)   The § 2241 petition is **DISMISSED WITHOUT PREJUDICE**.

(4)   Judgment **IS ENTERED** in favor of the Hector A. Rios, the named respondent.

(5)   This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6)   The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(7)   This matter [08-CV-159-KKC] **IS STRICKEN** from the active docket.

Dated this 2nd day of September, 2008.



Signed By:

*Karen K. Caldwell*  KKC
**United States District Judge**